FILED 2009 AUG 27 PM 2:51

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO STEPHENS,<br><br>    Defendant. | CR No. CR- 09 00845<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1341: Mail Fraud; 26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all times material to this Information:

1.  The Voter Improvement Program, Inc. ("VIP") was a non-profit corporation under Internal Revenue Code Section 501(c)(4) and formed by the late co-schemer M.C., who was the Executive Secretary/Treasurer of the Los Angeles County Federation of Labor ("LACFL"). The LACFL is a central labor council consisting of member labor unions and chartered by the AFL-CIO. The VIP's operating funds came from donations from individuals, corporations, and labor unions. The ostensible purpose of VIP

CHM/COM:com

was for non-partisan voter education and registration.

2. Co-schemer A.G. is the former girlfriend of defendant STEPHENS. Co-schemer C.G. is A.G.'s son. Co-schemer V.C., also known as ("aka") "Alexandra Leon," is a friend of defendant STEPHENS. "Alexandra Leon" is the true name of defendant STEPHENS's daughter. Co-schemer F.H. is the half brother of defendant STEPHENS. Co-schemer S.H., aka "Sandra Parris," is the half sister of defendant STEPHENS.

3. The Introductory Allegations are hereby incorporated by reference into each count of this Indictment.

COUNT ONE

[18 U.S.C. § 1341]

A.  THE SCHEME TO DEFRAUD

Beginning on or about February 12, 2004, and continuing through on or about February 27, 2006, in Los Angeles County, within the Central District of California, defendant ALEJANDRO STEPHENS, together with, and aided and abetted by, co-schemers M.C., A.G., C.G., S.H., also known as ("aka") "Sandra Parris," V.C., aka "Alejandra Leon", and F.H., and others known and unknown to the United States Attorney, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud VIP as to material matters and to obtain money from VIP, by means of material false and fraudulent pretenses, representations, and promises, and the concealment and nondisclosure of material facts.

B.  THE EXECUTION OF THE SCHEME

The scheme was carried out in the following manner:

1. Defendant STEPHENS would recruit individuals to pose as consultants employed by and providing services to VIP.

2. Defendant STEPHENS and co-schemer M.C. would cause VIP to enter into written consulting agreements with these individuals to make it appear that the individuals were providing services to VIP in exchange for payment.

3. Co-schemer M.C. would then cause VIP to issue checks to the individuals that purported to be in payment for their services under the contracts even though the individuals did not perform any services for VIP and were not legitimate VIP consultants.

4. The individuals would either cash the checks received from VIP and give the money to defendant STEPHENS or simply give the VIP checks to defendant STEPHENS, who would then deposit the checks into his personal bank account.

5. Co-schemer M.C. and defendant STEPHENS would cause VIP to issue and mail IRS Forms 1099 to each of the individuals in an attempt to make the payments made to the individuals appear to be legitimate payments pursuant to the consulting agreements.

6. In furtherance of the scheme to defraud, defendant STEPHENS, co-schemers M.C., A.G., C.G., S.H., aka "Sandra Parris," V.C., aka "Alejandra Leon," F.H., and others known and unknown to the United States Attorney, committed and caused to be committed, the following acts:

The "Alejandra Leon" Consulting Agreement

7. On or about February 12, 2004, co-schemers M.C. and V.C. executed a written consulting agreement between VIP and "Alexandra Leon," which falsely represented that "Alexandra Leon" would perform work for VIP.

8. On or about February 12, 2004, co-schemer M.C. caused VIP to issue check # 005134 payable to "Alexandra Leon" in the amount of $10,000 to co-schemer V.C.

9. On or about February 18, 2004, co-schemer V.C. endorsed check #005134 in the name of "Alexandra Leon" and gave the check to defendant STEPHENS.

10. On or about February 18, 2004, defendant STEPHENS deposited #005134 into his personal bank account.

The C.G. Consulting Agreement

11. On or about September 20, 2004, co-schemers M.C. and

C.G. executed a written consulting agreement between VIP and co-schemer C.G., which falsely represented that C.G. would perform work for VIP.

12. On or about September 20, 2004, co-schemer M.C. caused VIP to issue check #005201 in the amount of $10,000 to co-schemer C.G.

13. On or about September 22, 2004, co-schemer C.G. deposited check #005201 in the amount of $10,000 into his personal bank account.

14. On or about October 15, 2004, co-schemer C.G. obtained a cashier's check in the amount of $10,000 and gave it to defendant STEPHENS.

The "Sandra Parris" Consulting Agreement

15. On or about November 19, 2004, co-schemers M.C. and S.H. executed a written consulting agreement between VIP and "Sandra Parris," which falsely represented that "Sandra Parris" would perform work for VIP.

16. On or about November 19, 2004, co-schemer M.C. caused VIP to issue check #005219 payable to "Sandra Parris" in the amount of $15,000 to co-schemer S.H.

17. On or about November 24, 2004, co-schemer S.H. exchanged check #005219 for a cashier's check, which she gave to defendant STEPHENS.

The ALEJANDRO STEPHENS Consulting Agreement

18. On or about January 7, 2005, co-schemer M.C. and defendant STEPHENS executed a written consulting agreement between VIP and defendant STEPHENS, which falsely represented that defendant STEPHENS would perform work for VIP.

19. On or about January 7, 2005, co-schemer M.C. caused VIP to issue check #005238 in the amount of $7,000 to defendant STEPHENS.

20. On or about January 10, 2005, defendant STEPHENS deposited check #005238 in the amount of $7,000 into his personal bank account.

The F.H. Consulting Agreement

21. On or about April 26, 2005, co-schemers M.C. and F.H. executed a written consulting agreement between VIP and co-schemer F.H., which falsely represented that F.H. would perform work for VIP.

22. On or about April 26, 2005, co-schemer M.C. caused VIP to issue check #005266 in the amount of $10,000 to co-schemer F.H.

23. On or about April 28, 2005, co-schemer F.H. cashed check #005266 in the amount of $10,000, and gave the proceeds, less a small amount, to defendant STEPHENS.

C. USE OF THE MAILS

On or about the dates set forth below, within the Central District of California, defendant STEPHENS, for the purpose of executing the above-described scheme to defraud, willfully caused the following items to be placed in an authorized depository for mail matter to be sent and delivered by the United States Postal Service, according to the directions thereon:

| COUNT | DATE | ITEM MAILED |
|---|---|---|
| ONE | February 28, 2005 | IRS Forms 1099 for C.G., "Alejandra Leon," and "Sandra Parris," |
| TWO | February 27, 2006 | IRS Form 1099 for F.H. |

COUNT THREE

[26 U.S.C. § 7206(1)]

On or about April 8, 2005, in Los Angeles County, within the Central District of California, defendant ALEJANDRO STEPHENS, a resident of Los Angeles, California, did willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, document number 30221098204705, for the year 2004, which was verified by a written declaration that it was made under the penalties of perjury, filed with the Internal Revenue Service on or about April 8, 2005, which return defendant STEPHENS knew contained false information as to a material matter, in that line 21 reported "Total Other Income Amount" as $0, whereas, as defendant STEPHENS then knew and believed, he had received approximately $35,000 in reportable "other income" during the year 2004.

THOMAS P. O'BRIEN
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

ALKA SAGAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section

CRAIG H. MISSAKIAN
CHERYL O'CONNOR MURPHY
Assistant United States Attorneys